AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| HILDA ROSE BARNES,<br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>   Defendant. | **JUDGMENT**<br>**CASE NO. 5:12-CV-696-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objections to the Memorandum and Recommendations [D.E. 22] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 17] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 19] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 13, 2014,** WITH A COPY TO:

Hilda Rose Barnes, Pro se (via USPS to 1537 Barber Mill Road, Clayton, NC 27520)
Mark J. Goldenberg (via CM/ECF electronic notification)

| | |
|---|---|
| January 13, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina